The Court has provided the following AT&T audio-conference information to be used for this telephone conference ***only***.

To access the conference, please dial 888-684-8852 and use access code 6223489.