

**LISA M. CASA, Esq.**
LCASA@FORCHELLILAW.COM

May 26, 2020

**VIA ECF**

Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>        Re:     **Extension of Time to File *Cheeks* Motion**
>                **Oswaldo v. Seung Ho Kim, et al.**
>                **Case No. 18-cv-3140**

Dear Judge Levy,

Our office is counsel to defendants, Seungho Kim, Jeewha Kim and Delta Contracting, Inc. ("Delta Contracting") (collectively, "Defendants") in the above referenced matter.  We submit this letter, together with Plaintiffs' counsel, to respectfully request that the parties time to submit a settlement agreement for approval pursuant to *Cheeks v. Freeport Pancakes House*, be extended by thirty days from May 27, 2020 to June 29, 2020. The reason for this extension is that the parties are still in the process of finalizing the language in the agreement and circulating it for signatures, a process that has been hampered by the ongoing and persistent COVID-19 pandemic. This is the parties' first request for an extension of time to submit the settlement for *Cheeks* approval, and is made on the consent of both parties.

Thank you.

Respectfully submitted,

Forchelli Deegan Terrana LLP

By: _____/s/_____
        Lisa M. Casa, Esq.

cc: Jason Mizrahi, Esq. (via ECF)